UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-80242-RAR

**MICHAEL SETTINERI**, *individually*
*and on behalf of all others similarly situated,*

      Plaintiff,

v.

**WATERFALL REVENUE GROUP INC.**,

      Defendant.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion for Default Judgment [ECF No. 12] and the Order Granting in Part Plaintiff's Motion for Default Judgment [ECF No. 13] ("Order"). For the reasons stated in the Order, and pursuant to Rule 55 and Rule 58 of the Federal Rules of Civil Procedure, it is

**ORDERED AND ADJUDGED** that judgment is hereby **ENTERED** in favor of Plaintiff, Michael Settineri, and against Defendant, Waterfall Revenue Group, Inc., as to Counts I and III of Plaintiff's Amended Complaint[1] [ECF No. 7] as follows:

1. Plaintiff shall recover from Defendant the amount of $500 for statutory damages under Count I and $500 for statutory damages under Count III, together with $4,400 in reasonable attorney's fees and $461.20 in costs, for a total of **$5,861.20**, for which sum let execution issue.

2. This judgment shall bear interest at the rate prescribed by 28 U.S.C. section 1961.

3. The Clerk is directed to **CLOSE** this case.

---

[1] The Motion was denied as to Counts II and IV. *See* [ECF No. 13] at 9.

4. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of April, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**